CHIEF JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR19-202-RSM |
| Plaintiff, | |
| v. | ORDER GRANTING UNOPPOSED MOTION TO MODIFY CONDITIONS OF BOND |
| STEVEN MICHAEL BURKE, | |
| Defendant. | |

THE COURT has reviewed the unopposed motion to modify the conditions of Steven Burke's bond and the records and files in this case.

IT IS NOW ORDERED that Mr. Burke's appearance bond be modified to add Tara Wootten as an adult who can supervise Mr. Burke around his children.

DATED this 14th day of December 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Sara Brin*
Assistant Federal Public Defender
Attorney for Steven Michael Burke

ORDER GRANTING UNOPPOSED
MOTION TO MODIFY BOND
(*United States v. Burke*; CR19-202-RSM) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100