UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR19-202-RSM |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING MOTION TO SEAL EXHIBITS |
| STEVEN MICHAEL BURKE, | ) | |
| Defendant. | ) | |

THIS MATTER has come before the undersigned on Steven Burke's Motion to Seal Exhibits 2 and 4 to his Sentencing Memorandum. The Court has considered the motion and records in this case and finds there are compelling reasons to file the exhibits under seal.

IT IS NOW ORDERED that Exhibits 2 and 4 to Defendant's Sentencing Memorandum be filed under seal.

DONE this 16th day of July 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Sara Brin*
Assistant Federal Public Defender
Attorney for Steven Burke

ORDER TO SEAL EXHIBITS
(*United States v. Burke*, CR19-202-RSM) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100