THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR19-202-RSM |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING MOTION TO |
| v. | ) | TERMINATE PROBATION |
| | ) | |
| STEVEN MICHAEL BURKE, | ) | |
| | ) | |
| Defendant. | ) | |

    This matter comes before the Court on the Stipulated Motion to Terminate Probation for Steven Michael Burke. The Court has reviewed the motion and the records in this case.

    The Court finds, pursuant to 18 U.S.C. § 3564(c), that termination of Mr. Burke's probation is warranted by the conduct of Mr. Burke and is in the interests of justice. IT IS NOW ORDERED that the term of probation for Mr. Burke shall be terminated on the date judgment is entered in Cause No. CR23-072-RSM.

    DONE this 30th day of November, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER TERMINATING PROBATION
(*United States v. Burke*, CR19-202-RSM) - 1

Submitted by:

s/ *Sara Brin*
Attorney for Steven Burke

s/ *Cecelia Gregson*
Assistant United States Attorney

s/ *Laura Harmon*
Special Assistant United States Attorney

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**